## 15359

*Ex parte* ERSKINE COLLEGE and Hunter A. Gibbes, Petitioners-Appellants

*In re:* SIMPSON J. ZIMMERMAN, as Conservator of Central Union Bank of South Carolina, Plaintiff-Respondent, v. CENTRAL UNION BANK OF SOUTH CAROLINA and W. M. Mobley, as Treasurer for Richland County, T. W. Crouch and Laura Y. Dye, in their own behalf and as representing all the secured and unsecured depositors and creditors of said Central Union Bank of South Carolina, Defendants.

(18 S. E. (2d), 598)

January, 1941.

*Messrs. Grier, McDonald & Todd,* of Greenwood, and *Mr. Hunter A. Gibbes,* of Columbia,

*Messrs. Melton & Belser,* of Columbia, for respondent,

January 28, 1942.

The opinion of the Court was delivered by Mr. Asso-ciate Justice Baker.

The appellants in this case, Erskine College and Hunter A. Gibbes, are petitioners in the receivership cause affecting the Central Union Bank of South Carolina. At the time the bank closed they were depositors, and they also were debtors to the bank on certain notes.

The material facts affecting the claims of these appellants are the same as those involved in the case of *Ex parte Mechanics Federal Savings and Loan Association (In re Zimmerman v. Central Union Bank)*, 18 S. E. (2d), 592, decided this day, and the rulings made in that case are decisive of the issues in the present appeal.

Consequently, to the extent of the amounts of the deposits of these two claimants, less any dividends that m.., have been collected by them, they are entitled to recover

from the conservator of the bank the full amounts of principal and interest paid by them to the Reconstruction Finance Corporation.

The decision of the Circuit Court is reversed, and the cause is remanded for the entry of judgment in favor of appellants in accordance with this opinion.

MESSRS. ASSOCIATE JUSTICES FISHBURNE and STUKES and MR. ACTING ASSOCIATE JUSTICE G. DEWEY OXNER concur.

MR. CHIEF JUSTICE BONHAM (dissenting):

This case involves the same issues that are involved in the case of *Ex parte Mechanics Federal Savings and Loan Association of Rock Hill, South Carolina (In re Simpson J. Zimmerman, as conservator of the Central Union Bank of South Carolina v. Central Union Bank of South Carolina et al)*, 18 S. E. (2d), 592, and was heard on appeal along with that case. Mr. Justice Baker has written an opinion in which he says: "The material facts affecting the claims of these appellants are the same as those involved in the case *of Ex parte Mechanics Federal Savings and Loan Association (In re Zimmerman v. Central Union Bank)*, 18 S. E. (2d), 592, decided this day, and the rulings made in that case are decisive of the issues in the present appeal."

For the reason assigned by me in my dissenting opinion in the case·of *Ex parte Mechanics Federal Savings and Loan Association (In re Zimmerman v. Central Union Bank)*, I must dissent from the opinion of·Mr. Justice Baker in this case.

I think the decree of the Circuit Court in this case should be affirmed.